# BEYMER vs. ENDLY.

GUERNSEY.
August, 1817.

Beymer
v.
Endly.

When a cause is at issue and called for trial, it is too late for the defendant to move for security for costs.

EJECTMENT. This cause had been some time depending in court, and issue had been joined in it at the last term, when it was called on for trial.

HARPER, for the defendant, moved that the plaintiff might be ordered to give security for costs, the lessor of the plaintiff neither residing, or being a freeholder, in the county.

CULBERTSON, contra.

PRESIDENT.—This application comes too late: no reason being given for the delay. It appears to be a case in which an action has been brought by a person residing in another county, the defendant knowing by whom he is sued and knowing also that he had a right to have security for costs, appears, enters into the common rule, pleads, consents to one or more continuances, and when a cause comes on to trial, interposes this motion for security. The usual practice of the court is to allow time for giving security when it is ordered, because parties are not always ready with it in court. The motion is not, therefore, well timed; but the defendant can waive his right to require this security, and, by pleading to the action, unless such plea was put in inadvertently, he ought to be considered as having waived it. The motion is overruled.